# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on December 30, 2010.

**You may be a creditor of the debtor. This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE:    The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Richard J. DeGorter
1008 Bowen Court
Great Falls, VA 22066

| | |
|---|---|
| Case Number:    10–20795–SSM<br>Office Code:    1 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>xxx–xx–2457 |
| Attorney for Debtor(s) (name and address):<br>Robert R. Weed<br>Law Offices Of Robert Weed<br>7900 Sudley Road, Suite 409<br>Manassas, VA 20109<br>Telephone number:   (703) 335–7793 | Bankruptcy Trustee (name and address):<br>Robert Ogden Tyler<br>Tyler, Bartl, Ramsdell & Counts, P.L.C.<br>300 North Washington Street, Suite 202<br>Alexandria, VA 22314<br>Telephone number:   (703) 549–5000 |

## Meeting of Creditors:

Date:  **February 2, 2011**                    Time:  **11:00 AM**
Location:  **115 South Union Street, Suite 206, Alexandria, VA 22314**

## Presumption of Abuse under 11 U.S.C. §§ 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:
April 4, 2011**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>200 South Washington Street<br>Alexandria, VA 22314 | **For the Court:** |
| | Clerk of the Bankruptcy Court:<br>William C. Redden |
| **VCIS 24–hour case information:**<br>Toll Free 1–800–326–5879 | Date:  January 3, 2011 |

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §§ 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §§727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §§523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §§727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Alexandria. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Alexandria. See address on front side of this notice. |

## – – Refer to Other Side for Important Deadlines and Notices – –

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1.

**PHOTOCOPIES** May be obtained by contacting Creative Assistant at (757) 624–9990 or by fax at (757) 624–9998.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://vaeb.uscourts.gov/ebn/index.htm or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Jan 05, 2011.
```
db           +Richard J. DeGorter,   1008 Bowen Court,   Great Falls, VA 22066-1500
aty          +Robert R. Weed,   Law Offices Of Robert Weed,   7900 Sudley Road, Suite 409,
              Manassas, VA 20109-2806
10165309     +Bank of Essex,   4235 Tennslake Drive,   Glen Allen, VA 23060-5505
10165311     +Blankingship & Keith,   4020 University Dr, Ste 300,   Fairfax, VA 22030-6802
10165312     +Blythe Development Corp,   1415 East Westinghouse Blvd,   Charlotte, NC 28273-5801
10165313     +Brennan & Clark LTD,   721 E. Madison, Ste 200,   Villa Park, IL 60181-3083
10165314      Capital One Bank,   0002634118252,   PO Box 4539,   Houston, TX 77210-4539
10165316     +Chevy Chase,   187320...,   7501 Wisconsin Ave East,   Bethesda, MD 20814-6519
10165318     +Corporation Service Company,   11 S. 12th Street,   Richmond, VA 23219-4053
10165321     +Equifax,   Box 105873,   Atlanta, GA 30348-5873
10165323     +Fairfax County Circuit Court,   482997,   4110 Chain Bridge Road,   Fairfax, VA 22030-4020
10165324     +First United Bank & Trust,   130 South Edgewood Dr,   Hagerstown, MD 21740-6605
10165325     +First United Bnk,   PO Box 9,   Oakland, MD 21550-0009
10165326     +G. Christopher Griner/Kaye Scholer,   901 15th Street,   Washington, DC 20005-2327
10165327     +GE Capital Solutions,   901 Maine Avenue,   Norwalk, CT 06851-1168
10165328     +Geoffrey M. Dureska,   Dunlap, Grubb & Weaver, PLLC,   199 Liberty St, SW,
              Leesburg, VA 20175-2715
10165329     +George Shapiro,   1303 Vincent Place,   McLean, VA 22101-3615
10165330      Hawthorne at Great Falls HOA,   Lot 52,   Great Falls, VA 22066
10165331     +J. Ryan & Alont Lingerfelt,   3811 Westerre Pkwy,   Richmond, VA 23233-1329
10165332     +Janet S. DeGorter,   1008 Bowen Court,   Great Falls, VA 22066-1500
10165333     +Jason Hickman, Esq.,   Compton & Duling LC,   Parkway East at County Center,
              12701 MArblestone Dr, Ste 350,   Woodbrige, VA 22192-8327
10165334     +Kilpatrick Stockton LLP,   1100 Peachtree St/ Ste 3800,   Atlanta, GA 30309-4501
10165335     +Konica Minolta Business Solutions Usa,   Dept 047 952823,   Atlanta, GA 31192-0001
10165336     +Lee Berlick,   11710 Plaza America Drive #120,   Reston, VA 20190-4737
10165337      Masterfile Corporation,   3 Concord Gate, 4th Fl,   Toronto. Ontario, Canada M3C 3N7
10165340     +Shumaker, Loop & Kendrick, LLP,   First Citizense Plaza,   128 S. Tryon Street, Ste 1800,
              Charlottes, NC 28202-5013
10165341     +Spotts, Fain P.C. c/o James B. Olmstead,   411 E. Franklin St, Ste 600,   Richmond, VA 23219-2200
10165342     +The New England,   501 Boylston St,   Boston, MA 02116-3738
10165343      Tim Robinson c/o Jason Hickman,   1207 Marblestone Drive #350,   Woodbridge, VA 22192
10165344     +Trans Union,   Box 1000,   Chester, PA 19016-1000
10165345     +Wells Fargo Home Mortgage,   708015366...,   8480 Stagecoach Circle,   Frederick, MD 21701-4747
10165346     +Williams, Sterns & Associates,   11311 Sunset Hils Rd,   Reston, VA 20190-5205
```

The following entities were noticed by electronic transmission on Jan 04, 2011.
```
tr           +EDI: QROTYLER.COM Jan 04 2011 00:33:00     Robert Ogden Tyler,
              Tyler, Bartl, Ramsdell & Counts, P.L.C.,   300 North Washington Street, Suite 202,
              Alexandria, VA 22314-2530
10165310      E-mail/Text: bankruptcy@bbandt.com                      BB&T,   461608110242...,
              PO Box 2306,   Wilson, NC 27894
10165304     +EDI: BANKAMER.COM Jan 04 2011 00:33:00     Bank of America,   431351206041...,   PO Box 1390,
              Norfolk, VA 23501-1390
10165306     +EDI: BANKAMER2.COM Jan 04 2011 00:33:00     Bank of America,   431302529107...,   PO Box 17054,
              Wilmington, DE 19850-7054
10165305     +EDI: BANKAMER2.COM Jan 04 2011 00:33:00     Bank of America,   37431426600...,   PO Box 17054,
              Wilmington, DE 19850-7054
10165308     +EDI: BANKAMER.COM Jan 04 2011 00:33:00     Bank of America,   4036-4780-0101-7258,   PO Box 15026,
              Wilmington, DE 19850-5026
10165307     +EDI: BANKAMER.COM Jan 04 2011 00:33:00     Bank of America,   74923014225894,   PO Box 15026,
              Wilmington, DE 19850-5026
10165315     +EDI: CHASE.COM Jan 04 2011 00:33:00     Chase,   455950500022...,   800 Brooksedge Blvd,
              Westerville, OH 43081-2822
10165320      EDI: DISCOVER.COM Jan 04 2011 00:33:00     Discover,   601100329289...,   PO Box 15316,
              Wilmington, DE 19850
10165338     +E-mail/Text: dladwig@paychex.com                     Paychex, Inc.,
              3060 Williams Dr. Ste 3200,   Fairfax, VA 22031-4648
                                                                              TOTAL: 10
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10165319      County of Fairfax Delinquent BPOL Tax
10165339      Ryan Lingerfelt
10165317*    +Chevy Chase,   187320...,   7501 Wisconsin Ave East,   Bethesda, MD 20814-6519
10165322      ##+Experian,   Box 2104,   Allen, TX 75013-9504
                                                          TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 05, 2011**                    **Signature:**