**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RICHARD J. DEGORTER | § | CASE NO. 10-20795-SSM |
| | § | CHAPTER 7 |
| | § | |
| | § | JUDGE STEPHEN S. MITCHELL |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Capital One, National Association
P. O. Box 829009
Dallas, Texas 75382-9009**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Hilary B. Bonial

Hilary B. Bonial

F# 6791-N-5500
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Capital One, National Association

CERTIFICATE OF SERVICE

       I, Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before January 10, 2011:

**Debtors' Attorney**
Robert R. Weed
Law Offices Of Robert Weed
7900 Sudley Road, Suite 409
Manassas, VA  20109

**Chapter 7 Trustee**
Robert O. Tyler
700 South Washington Street, Suite 216
Alexandria, Virginia 22314

**U.S. Trustee**
Office of the US Trustee
115 S. Union Street, Suite 210
Alexandria, Virginia 22314


    /s/ Hilary B. Bonial

    Hilary B. Bonial


6791-N-5500
noaelect